# Court of Appeals
# of the State of Georgia

ATLANTA,___July 11, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0440. IN THE INTEREST OF: T. S. AND K. N. S., CHILDREN (FATHER).**

On January 15, 2016, the juvenile court entered an order terminating the parental rights of both the father and the mother of T. S. and K. N. S. The mother filed a motion for new trial, but the father did not file such a motion. On June 24, 2016, the father filed an application for discretionary appeal from the trial court's order terminating his parental rights. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012). Here, the father's application was filed 161 days after the order he seeks to appeal. The mother's motion for new trial does not toll the father's time within which he had to file an application from the trial court's order terminating his parental rights. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____07/11/2016_____
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.